UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID JUSTIAN, and ROSE JUSTIAN,<br>    Plaintiffs,<br>-v-<br>REPUBLIC BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE, LLC, and SETERUS, INC.,<br>    Defendants. | No. 1:12-cv-708<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all pending claims, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 14, 2014         /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge